IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE DIPAOLA, *et al.*, | No. C 11-2605 SI |
| Plaintiffs, | **ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |
| v. | |
| JPMORGAN CHASE BANK, *et al.*, | |
| Defendants. | |

In an order filed August 10, 2011, the Court granted defendants' motion to dismiss the complaint and granted plaintiffs limited leave to amend. The amended complaint was due no later than August 26, 2011. Plaintiffs, who are represented by counsel, did not file an amended complaint, and they have not taken any action in this case since the August 10, 2011 order. On September 20, 2011, defendant filed a request for dismissal.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), the Court dismisses this case without prejudice for failure to prosecute.[1] The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 22, 2011

SUSAN ILLSTON
United States District Judge

---

[1] The Court's August 10, 2011 order dismissed a number of claims without leave to amend, and granted limited leave to amend the fraud and Cal. Bus. & Prof. Code § 17200 claims.